_____

**SO ORDERED,**



*[signature]*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Gloria Pennington,** | ) | **Case No. 20-10415-JDW** |
| | ) | |
| **Debtor.** | ) | **Chapter 13** |

## ORDER SCHEDULING HEARING ON
## DEBTOR'S OBJECTION TO CLAIM (Dkt. # 46)

This matter is before the Court on the debtor's *Objection to Claim and Other Relief* (Dkt. # 46) filed on August 3, 2020. The debtor argues that the Income Tax Examination Change for 2017 and 2018 provides different figures than the proof of claim filed by the Internal Revenue Service. Further inquiry is necessary regarding the nature and amount of the claim. Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the objection (Dkt. # 46) is scheduled for telephonic hearing on **November 4, 2020, at 1:30 p.m.** All attorneys, parties, and other interested parties should follow the dial-in instructions below:

1. Complete the dial-in instructions *at least* 5 minutes prior to the time of the hearing;
2. Dial **877-336-1829**, and, when prompted, enter number **5667710#**;
3. Once you are connected to the call, identify yourself by stating your name;
4. Once your telephonic presence is acknowledged by the Courtroom Deputy, *please mute your phone until further notice of the Court*;
5. Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

**##END OF ORDER##**